RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Daniel Plata

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PLATA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Daniel Plata, that the Sentencing Hearing currently scheduled on May 18, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the District.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

　　　　This is the first request for a continuance of the sentencing hearing.

1 | DATED this 26th day of April, 2022.

2

3 | RENE L. VALLADARES                                CHRISTOPHER CHIOU
  | Federal Public Defender                           Acting United States Attorney

4

5

  | By /s/ Jawara Griffin                             By /s/ Bianca R. Pucci
6 | JAWARA GRIFFIN                                    BIANCA R. PUCCI
  | Assistant Federal Public Defender                 Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PLATA,<br><br>　　　　Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, May 18, 2022 at 11:00 a.m., be vacated and continued to <u>June 7, 2022</u> at the hour of <u>11:00 a.m</u>.

　　DATED this <u>26</u> day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

3