RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Daniel Plata

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL PLATA,<br><br>        Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Daniel Plata, that the Sentencing Hearing currently scheduled on June 7, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense needs further time to allow Mr. Plata to complete requirements to receive the full benefit of his sentencing guideline calculations.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 31st day of May, 2022.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney


By */s/ Jawara Griffin*
JAWARA GRIFFIN
Assistant Federal Public Defender

By */s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

2

1
2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3
4

UNITED STATES OF AMERICA,                    Case No. 2:19-cr-00303-GMN-BNW

                    Plaintiff,                    **ORDER**

5
6

            v.

DANIEL PLATA,

7
8

                    Defendant.

9

10          IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for

11  Tuesday, June 7, 2022 at 11:00 a.m., be vacated and continued to  June 21, 2022      at

12  the hour of 10:00 a.m.

13          DATED this  31  day of May, 2022.

14

15  _____

16  UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26

3