JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
BIANCA R. PUCCI
Nevada Bar Number 16129
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Bianca.Pucci@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL PLATA,<br><br>Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**Stipulation to Continue Hearing re Revocation of Supervised Release**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Jawara Griffin, Assistant Federal Public Defender, counsel for DANIEL PLATA, that the Hearing re Revocation of Supervised Release scheduled for November 14, 2023, at 11:00 a.m., be vacated and continued to a date convenient to the court, no sooner than November 20, 2023.

This Stipulation is entered into for the following reasons:

1. The probation officer supervising defendant Daniel Plata is out of the district on the currently scheduled date.

2. Defense counsel is out of the district from November 15, 2023 through November 17, 2023.

1

3. Defendant is out of custody and agrees to the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the Hearing re Revocation of Supervised Release.

DATED: November 7, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/ Bianca R. Pucci
_____
BIANCA R. PUCCI
Assistant United States Attorney


 /s/ Jawara Griffin
_____
JAWARA GRIFFIN
Counsel for Defendant
*DANIEL PLATA*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00303-GMN-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| DANIEL PLATA, | |
| Defendant. | |

IT IS ORDERED that the Hearing re Revocation of Supervised Release scheduled for November 14, 2023, at 11:00 a.m., is vacated and reset to November __28__, 2023, at the hour of 9:00 a.m.

DATED this __7__ day of November, 2023.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3