# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

DANIEL PLATA,

       Defendant.

Case No. 2:19-cr-00303-GMN-BNW

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 27, 2024 at the hour of 10:00 a.m., be vacated and continued to July 29, 2024 at the hour of 10:30 a.m. in Courtroom 3D.

    DATED this 25th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3