RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Daniel Plata

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL PLATA,<br><br>        Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Daniel Plata, that the Revocation Hearing currently scheduled on July 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Plata entered his appearance on June 21, 2024 (ECF No. 116), has not yet had an opportunity to meet with him.

2. The parties require additional time to determine whether this matter may be resolved through negotiations.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 25th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL PLATA,<br><br>    Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 3, 2024 at 9:00 a.m., be vacated and continued to August 12, 2024 at the hour of 10:00 a.m.

   DATED this 25 day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

3