RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Daniel Plata

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL PLATA,<br><br>        Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Daniel Plata, that the Revocation Hearing currently scheduled on August 12, 2024 at 10:00 a.m., be vacated and continued to August 28, 2024 at 10:30 a.m.; or to a time and date convenient to the court.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution in this case. Mr. Plata intends to admit to the violations, and the parties will argue for different sentences.

2. Counsel for the defendant has a scheduling conflict at the date and time currently set for the revocation hearing and seeks a brief continuance.

3. The parties agree to a continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 30th day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PLATA,<br><br>　　　　Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 12, 2024 at 10:00 a.m., be vacated and continued to August 28, 2024 at the hour of 10:30 a.m.

　　　DATED this  30  day of July, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3