RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Daniel Plata

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DANIEL PLATA,<br><br>            Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**STIPULATION TO ADVANCE THE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Daniel Plata, that the Revocation Hearing currently scheduled on August 28, 2024 at 10:30 a.m., be vacated and advanced to August 27, 2024 at 9:00 a.m.; or to a time and date convenient to the court.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution in this case. Mr. Plata intends to admit to the violations, and the parties will argue for different sentences.

2. The probation officer assigned to this case has a scheduling conflict at the date and time currently set for the revocation hearing.

3. The parties agree to advancing the hearing.

This is the first request to advance the revocation hearing.

DATED this 15th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PLATA,<br><br>　　　　Defendant. | Case No. 2:19-cr-00303-GMN-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 28, 2024 at 10:30 a.m., be vacated and advanced to August 27, 2024 at the hour of 9:00 a.m.

　　DATED this _15_ day of August, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE